Dismissed and Memorandum Opinion filed February 10, 2005









Dismissed and Memorandum Opinion filed February 10,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00635-CV

____________

 

JOYCE LETSON YORK, Independent
Executrix of the Estate of JAMES GLENN YORK, Deceased, Appellant

 

V.

 

CAROLYN NORWOOD YORK,
Appellee

 



 

On Appeal from the
300th District Court

Brazoria County,
Texas

Trial Court Cause
No. 88B3074

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 23, 2004.

On January 28, 2005, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 10, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.